| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Theresa M Snider_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Theresa M Snider   3-30-07 |
| 1. Article Addressed to:<br><br>**Apartment Services and Management, Inc.**<br>**c/o Bettye M. Cooksey**<br>**Registered Agent**<br>**6801 Lee Road 54**<br>**Auburn, AL 36830**<br><br>3:07-CV-267-WHA | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0002 6128 5445 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540