IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL H. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE No.: 3:07-CV-0267-WHA |
| v. | ) | |
| | ) | |
| APARTMENT SERVICES AND MANAGEMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE

Defendant Apartment Services & Management, Inc. (incorrectly identified in Plaintiff's Complaint as Apartment Services and Management, Inc.) ("Defendant"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that there is no parent corporation of Defendant and that no publicly held corporation owns 10% or more of Defendant's stock. In accordance with Rule 7.1, two copies of this Disclosure Statement are being filed herewith.

                                                  Respectfully submitted,

                                                  s/ F. Keith Covington
                                                  F. Keith Covington
                                                  Attorney for Defendant
                                                  Apartment Services and
                                                  Management, Inc.
                                                  Bradley Arant Rose & White LLP
                                                  One Federal Place
                                                  1819 Fifth Avenue North
                                                  Birmingham, AL 35203-2104
                                                  Telephone: (205) 521-8000
                                                  Facsimile: (205) 521-8800
                                                  Email: kcovington@bradleyarant.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  David R. Arendall
  Arendall & Associates
  2018 Morris Avenue
  Birmingham, AL 35203-3204

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

  NONE

          Respectfully submitted,
          s/ F. Keith Covington
          F. Keith Covington
          Attorney for Defendant
          Apartment Services and
          Management, Inc.
          Bradley Arant Rose & White LLP
          One Federal Place
          1819 Fifth Avenue North
          Birmingham, AL 35203-2104
          Telephone: (205) 521-8000
          Facsimile: (205) 521-8800
          Email:  kcovington@bradleyarant.com