

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **STEVEN JOSEPH EDELSTEIN, State Bar No. 238850**, was duly admitted to practice in said Court on January 7, 1976, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of April, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Jamee Green
Jamee Green
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL H. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE No.:  3:07-CV-0267-WKW |
| v. | ) |
| | ) |
| APARTMENT SERVICES AND | ) |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW the undersigned, F. Keith Covington, and respectfully moves this Court for admission *pro hac vice* of Steven J. Edelstein in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1. Steven J. Edelstein has been retained by Defendant Apartment Services & Management, Inc. to assist it with its representation in this action.

2. Mr. Edelstein is an attorney at the firm of Williams & Edelstein PC, 7742 Spalding Drive, Suite 478 Norcross, GA, telephone no. (770) 817-0405; fax no. (770) 840-9492; and e-mail address: steve@fairhouse.net. Mr. Edelstein is qualified, admitted, and licensed to practice before the State of Georgia and in the United States District Court for the Northern District of Georgia, the district in which he resides. Attached hereto is the Certificate of Good Standing for Mr. Edelstein issued by the U. S. District Court for the Northern District of Georgia. Mr. Edelstein has never been disciplined or otherwise disqualified from the practice of law.

3.  The required fee for Mr. Edelstein's admission *pro hac vice* is being submitted overnight to the Clerk of the Court.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Mr. Edelstein be admitted to practice *pro hac vice* before this Court.

                                          Respectfully submitted,

                                          s/ F. Keith Covington
                                          F. Keith Covington
                                          One of the Attorneys for Defendant
                                          Apartment Services & Management, Inc.
                                          Bradley Arant Rose & White LLP
                                          One Federal Place
                                          1819 Fifth Avenue North
                                          Birmingham, AL 35203-2104
                                          Telephone: (205) 521-8000
                                          Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David R. Arendall
    Allen D. Arnold
    Arendall & Associates
    2018 Morris Avenue
    Birmingham, AL 35203-3204

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                                    s/ F. Keith Covington
                                    F. Keith Covington
                                    Bradley Arant Rose & White LLP
                                    One Federal Place
                                    1819 Fifth Avenue North
                                    Birmingham, AL 35203-2104
                                    Telephone: (205) 521-8000
                                    Facsimile: (205) 521-8800
                                    E-mail: kcovington@bradleyarant.com