**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 30, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Wilson v. Apartment Services and Management, Inc.**

**Case Number:   3:07cv00267-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8   filed on   April 30, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL H. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE No.: 3:07-CV-0267-WKW |
| v. | ) |
| | ) |
| APARTMENT SERVICES AND | ) |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW the undersigned, F. Keith Covington, and respectfully moves this Court for admission *pro hac vice* of Steven J. Edelstein in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1. Steven J. Edelstein has been retained by Defendant Apartment Services & Management, Inc. to assist it with its representation in this action.

2. Mr. Edelstein is an attorney at the firm of Williams & Edelstein PC, 7742 Spalding Drive, Suite 478 Norcross, GA, telephone no. (770) 817-0405; fax no. (770) 840-9492; and e-mail address: steve@fairhouse.net. Mr. Edelstein is qualified, admitted, and licensed to practice before the State of Georgia and in the United States District Court for the Northern District of Georgia, the district in which he resides. Attached hereto is the Certificate of Good Standing for Mr. Edelstein issued by the U. S. District Court for the Northern District of Georgia. Mr. Edelstein has never been disciplined or otherwise disqualified from the practice of law.

3.     The required fee for Mr. Edelstein's admission *pro hac vice* is being submitted overnight to the Clerk of the Court.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Mr. Edelstein be admitted to practice *pro hac vice* before this Court.

                Respectfully submitted,

                s/ F. Keith Covington
                F. Keith Covington
                One of the Attorneys for Defendant
                Apartment Services & Management, Inc.
                Bradley Arant Rose & White LLP
                One Federal Place
                1819 Fifth Avenue North
                Birmingham, AL 35203-2104
                Telephone: (205) 521-8000
                Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

       I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       David R. Arendall
       Allen D. Arnold
       Arendall & Associates
       2018 Morris Avenue
       Birmingham, AL 35203-3204

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

       None.

                                        s/ F. Keith Covington
                                        F. Keith Covington
                                        Bradley Arant Rose & White LLP
                                        One Federal Place
                                        1819 Fifth Avenue North
                                        Birmingham, AL 35203-2104
                                        Telephone: (205) 521-8000
                                        Facsimile: (205) 521-8800
                                        E-mail: kcovington@bradleyarant.com