IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL H. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-0267-WKW |
| | ) | |
| APARTMENT SERVICES AND MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Motion of Steven J. Edelstein to Appear Pro Hac Vice (Doc. #8) filed on April 30, 2007, it is ORDERED that the motion is GRANTED.

DONE this 30th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE