IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MICHAEL H. WILSON

    PLAINTIFF,

vs.                CIVIL ACTION NO.  3:07-CV-0267-WKW

APARTMENT SERVICES AND MANAGEMENT, INC.

    DEFENDANT.

## SUGGESTION OF DEATH

**COMES NOW** counsel for the Plaintiff, Michael H. Wilson, and informs this Court of the death of Plaintiff on or about April 28, 2007.

**NOW THEREFORE**, the instant case is due to be dismissed.

          Respectfully submitted,

          /s/ David R. Arendall
          _____
          DAVID R. ARENDALL

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
(205) 252-1550 – Office; (205) 252-1556 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on May 14, 2007, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of the filing to F. Keith Covington.

          /s/ David R. Arendall
          _____
          Of counsel