IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL H. WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CASE NO. 3:07-cv-267-WKW** |
| | ) |
| **APARTMENT SERVICES AND MANAGEMENT, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

Counsel for plaintiff having filed a Suggestion of Death (Doc. #11) of the plaintiff and representing that "the instant case is due to be dismissed," the parties are directed to confer with respect to the provisions of Rule 41 of the Federal Rules of Civil Procedure and either file a joint stipulation of dismissal or show cause in writing on or before **June 28, 2007,** why this action should not be dismissed without prejudice.

DONE this 18th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE