IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL H. WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CASE No.: 3:07-CV-0267-WKW |
| v. | ) |
| | ) |
| APARTMENT SERVICES AND | ) |
| MANAGEMENT, INC., | ) |
| | ) |
|     Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael H. Wilson (now deceased), and Defendant Apartment Services and Management, Inc., by and through their undersigned counsel of record, stipulate to the dismissal of the above-styled action, with prejudice, each party to bear his or its own costs.

Respectfully submitted,

s/ David Arendall
David Arendall
Attorney for Plaintiff
Michael H. Wilson
Arendall & Associates
2018 Morris Avenue
Birmingham, AL 35203
(205) 252-1550
(205) 252-1556 (fax)
Email:  dra@arendallaw.com


s/ F. Keith Covington
F. Keith Covington
Attorney for Defendant
Apartment Services and
Management, Inc.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000
(205) 521-8800 (fax)
Email: kcovington@bradleyarant.com